IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



JOHNNY R. HUFF, SR.,

    Plaintiff,

v.                                       Civil Action No. 3:15CV154

STACEY LEISLIER, et al.,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on March 20, 2015, the Court conditionally docketed Johnny R. Huff, Sr.'s civil action. On April 2, 2015, the United States Postal Service returned the March 20, 2015 Memorandum Order to the Court marked, "RETURN TO SENDER" and "Inmate Released." Since that date, Huff has not contacted the Court to provide a current address. Huff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Huff.

                                              /s/ REP
                                    Robert E. Payne
Date: May 8, 2015             Senior United States District Judge
Richmond, Virginia